THE PEOPLE ex rel. JOHN QUIGLEY, Appellants, *v.* THE
BOARD OF POLICE COMMISSIONERS OF THE TROY CITY
POLICE, Respondent.

(Argued October 14, 1879; decided November 11, 1879.)

*M. H. Myers* for appellant.

*R. A. Parmenter* for respondent.     .

AGREE to dismiss appeal without opinion.
All concur.
Appeal dismissed.